IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PEGGY WOODS,<br><br>　　　　Plaintiff,<br><br>Vs.,<br><br>COLLECTO, INC. d/b/a  EOS CCA<br><br>　　　　Defendant. | NO. 4:2012-cv-00147<br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

　　　Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Peggy Woods requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice and each party will bear its own costs and attorney fees.


　　/s/ L. Ashley Zubal
L. Ashley Zubal    AT0009559                               c/o Mr. Michael S. Kraft
MARKS LAW FIRM, P.C.                                       Kraft Law Firm
4225 University Avenue                                     30 Coach Lane
Des Moines, Iowa  50311                                    Westwood, MA 02090
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 28 day of June, 2012, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.